RECEIVED

JAN 26 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **BRUSHETTE C. ALEXANDER** | **CIVIL ACTION NO. 09-1702** |
| **VERSUS** | **JUDGE DOHERTY** |
| **MICHAEL J. ASTRUE,** **COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the lack of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **REVERSED** and this matter is **REMANDED** for consideration of all of claimant's medically determinable impairments throughout the sequential evaluation, for reassessment of claimant's credibility, and for consideration of the side-effects of her multiple medications on her functional abilities, including her ability to perform work on a sustained basis.

Thus done and signed in Lafayette, Louisiana, this 26 day of Jan., 2011.

**JUDGE REBECCA F. DOHERTY**